1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JAN 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | ) MISC. NO. |
| | ) |
| XO Communications, located at | ) 2:09-SW-0017  GGH |
| 4800 Concentric Blvd., Saginaw, | ) |
| MI 48604, for email accounts, | ) |
| | ) |
| "mikep@infotekwireless.com," | ) |
| sara@infotekwireless.com," , | ) |
| shirley@infotekwireless.com  and | ) |
| any accounts registered to Mike | ) |
| Poursartip, Sara Shirazi, or | ) |
| Shirley Cathey and/or any of | ) |
| them doing business as Infotek | ) |
| Wireless, Inc. | |

The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, on the grounds stated in the attached declaration.

DATED: 1/22/09 , 2009

Robin R Taylor
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

<u>Declaration of Todd M. Davis</u>

I, Todd Davis, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, do depose and state as follows:

1. My qualifications are set forth in the affidavit for search warrant are hereby incorporated by reference. That warrant, among other things, sets forth my qualifications and experience, probable cause for the execution of the search, and language regarding seizure of e-mail.

2. By this affidavit, I am requesting that the Court seal the search warrant affidavit and criminal complaints. This investigation involves a complex contract bidding fraud involving California Department of Transportation (CALTRANS) by multiple entities and targets. The sealing order is needed as the investigation is ongoing, and there may be additional evidence of fraud at other locations. Disclosure of information related to this case could lead to the destruction of evidence. Thus, I am concerned that disclosing the contents of search warrant affidavit and related documents could endanger witnesses in this case.

I therefore request that the Affidavit to the Search Warrant and related documents be sealed until the arrest of the first defendant, or by further order of the court, whichever comes first.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 1/22 , 2009

_____
TODD M. DAVIS
FBI

ORDER

The Court hereby orders that the Affidavit to the Search Warrant and related documents shall be sealed until further order of the Court.

DATED: Jan. 22, 2009

**GREGORY G. HOLLOWS**

HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge